granted, with ten dollars costs.    Present — Jenks, P. J., Hirschberg, Burr, Thomas and Carr, JJ.

William J. Watts, Respondent, v. Hewlett Bay Company and Another, Appellants.— Motion denied, without costs.    Present — Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ.

Robert C. Whitten, Appellant, v. William J. Gaynor, etc., Respondent. — Mandamus proceeding.. Motion to resettle order granted.    This being a final order in a special proceeding, no permission to appeal to the Court of Appeals is required.  Present — Jenks, P. J., Hirschberg, Burr, Thomas and Carr, JJ.

Robert C. Whitten, Appellant, v. William J. Gaynor, etc., Respondent. — Motion for injunction *pendente lite.*    Motion to resettle order, and for leave to appeal to the Court of Appeals, denied.  Present — Jenks, P. J., Hirschberg, Burr, Thomas and Carr, JJ.

Mary A. Williams, Respondent, v. Katherine Lindemann, Individually, etc., and Hellene M. Meyer, Appellants, and Others, Respondents.— Motion denied, on condition that the appellants pay ten dollars costs, perfect their appeal, place the case on the next calendar, and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Jenks, P. J., Hirschberg, Burr, Thomas and Carr, JJ..

. In the Matter of the Application of Robert B. Ward and Monroe J. Fischer to Review Pursuant to Section 56 of the Election Law,* the Action, etc., of the Inspectors of Primary Election in the Sixteenth, Seventeenth and Eighteenth Assembly Districts of Kings County.— Order affirmed, without costs.  No opinion.  Hirschberg, Burr, Thomas, Carr and Woodward, JJ., concurred.

The People of the State of New York, Respondent, v. Philomeno De Jesu, Appellant.— Judgment of conviction by the Court of Special Sessions affirmed by default.  Jenks, P. J., Hirschberg, Burr, Thomas and Carr, JJ., concurred.

The People of the State of New York ex rel. Mattie Logan, Appellant, v. The Warden and Agent of the City Prison, Respondent.— Order affirmed by default.  Jenks, P. J., Hirschberg, Burr, Thomas and Carr, JJ., concurred.

In the Matter of the Application of Maurice Kaufman, Respondent, for the Determination of the Sufficiency of the Alleged Independent Certificate of Nomination of John O. Nelson for Representative in Congress from the Tenth Congressional District of Kings County.  The Board of Elections of the City of New York, Appellant.— Order of the County Court of Kings county modified, without costs, by directing the board of elections not to print the name of John O. Nelson under the designation "Independent Progressive," but to print such name under such other designation as may be chosen by the signers of his certificate, and upon their failure to choose another designation to select one for them.  Burr, Thomas, Carr, Woodward and Rich, JJ., concurred.

---

* See Consol. Laws, chap. 17 (Laws of 1909, chap. 22), § 56, added by Laws of 1911, chap. 891.— [REP.